UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-MJ-1031-JG

IN RE: SEARCH WARRANT FOR )
)
)      ORDER
272 LAUREL LANE )
TARBORO, NORTH CAROLINA 27886 )

Upon motion of the United States, for good cause shown and for the reasons

stated in the motion, it is hereby ORDERED that the Application and Affidavit for

Search Warrant in the above-referenced matter be unsealed.

This the ___11th___ day of March 2020.



JAMES E. GATES
United States Magistrate Judge